UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER E. BORNNARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREYHOUND LINES, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-03660-EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

　　　As stated at the April 19, 2016 case management conference, the deadline to complete non-expert discovery is continued to May 30, 2016.  The Parties are referred to private mediation, which shall be held by June 30, 2016.

　　　**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge