UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER E. BORNNARD,<br><br>             Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC.,<br><br>             Defendant. | Case No.  15-cv-03660-EDL<br><br>**ORDER RE PRETRIAL DEADLINES** |

It has come to the Court's attention that the Stipulation and Order to Extend Expert Discovery and Mediation Deadlines (Dkt. 44) did not similarly extend pretrial deadlines and dates. The pretrial conference shall be continued from August 16, 2016 to September 27, 2016, and the first day of trial shall be continued from September 12, 2016 to November 1, 2016.  As the current deadline for dispositive motions (June 17, 2016) has passed, the Court assumes that the Parties do not intend to file any dispositive motions, and will not reset this deadline.  If any party does, in fact, wish to file a dispositive motion, the party shall immediately inform the Court.

**IT IS SO ORDERED.**

Dated:  July 26, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge